UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 JUN -6 PM 12: 00
CLERK TRB
SO. DIST. OF GA.

CR418-147

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OMAR GRIFFIN, a/k/a "OMARO"<br>HERMAN WILLIAMS,<br>WILLIAM ROBERTSON, a/k/a "BARRON,"<br>BARRINGTON MILLER,<br>ALLEN GRADY,<br>JAMAAL SINGLETON,<br>JUSTIN SWINTON,<br>RODRIGO RODRIGUEZ,<br>EDGAR GUADALUPE-MARROQUIN<br>DESMOND JONES,<br>CHRISTIAN RAMIREZ-LEYTON,<br>VINCENT HOOPER,<br>KIA HICKMAN, and<br>EMMETT RAMSEY | INDICTMENT NO.<br><br>21 U.S.C. § 846<br>Conspiracy to Possess With Intent to Distribute and to Distribute Controlled Substances (Cocaine and Marihuana)<br><br>21 U.S.C. § 856(a)(1)<br>Maintaining a Drug-Involved Premises<br><br>Forfeiture |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

Count 1:   Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances (Cocaine and Marihuana)
21 U.S.C. § 846

- Not less than ten (10) years of imprisonment, but not more than life imprisonment
- Not more than a $10,000,000 fine
- Not less than five (5) years of supervised release
- $100 special assessment

Count 2:   Maintaining a Drug-Involved Premises
           21 U.S.C. § 856(a)(1)

- Not more than twenty (20) years of imprisonment
- Not more than a $500,000 fine
- Not less than five (5) years of supervised release
- $100 special assessment

Respectfully submitted this 6th day of June, 2018.

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

_____
Carlton R. Bourne, Jr.
Assistant United States Attorney
S.C. Bar No. 007868
Lead Counsel

22 Barnard Street
Savannah, Georgia 31412
(912) 652-4422