UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) No.: 4:18-CR-147-LGW-CLR |
| | ) |
| OMAR GRIFFIN, et al., | ) |
| | ) |
| DEFENDANTS. | ) |

**DEFENDANT HOOPER'S MOTION
FOR ADDITIONAL TIME TO FILE OBJECTIONS TO
REPORT AND RECOMMENDATIONS (DOC. 365)**

COMES NOW Defendant VINCENT HOOPER, by and through counsel of record, and moves the Court for a 14-day extension of time to file objections to the Report and Recommendations filed March 19, 2019 (doc. 365). The government does not oppose this motion. Defendant further states as a basis for the motion that the transcript of the suppression hearing has been ordered but is not yet ready.

WHEREFORE, Defendant requests that:

a. the Court extend the deadline for the filing of objections to doc. 365 by 14 days,

b. all other relief deemed just and proper by this Court.

Respectfully submitted this 1st day of April 2019.

/s/ Cameron C. Kuhlman
CAMERON C. KUHLMAN
Georgia Bar Number: 596159
*Attorney for Defendant*

DUFFY & FEEMSTER, LLC
340 Eisenhower Dr., Ste. 800
Savannah, Georgia 31412
(912) 236-6311 Telephone
(912) 236-6423 Facsimile
cck@duffyfeemster.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have filed the foregoing using the Court's CM/ECF system which will cause an electronic copy to be delivered to all parties.

<u>/s/ Cameron C. Kuhlman</u>
Cameron C. Kuhlman
*Attorney for Defendant Hooper*
