UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No.: 4:18-CR-147-LGW-CLR |
| ) | |
| OMAR GRIFFIN, et al., ) | |
| ) | |
| DEFENDANTS. ) | |

### ORDER

Defendant Hooper's Motion (doc. 373), having been read and considered, and it appearing that Defendant's motion is unopposed,

**IT IS HEREBY ORDERED**, that the Defendant's Motion is GRANTED and Defendant Hooper shall have until April 16, 2019 to file his objections, if any, to the Report and Recommendations filed March 19, 2019 (doc. 365).

**SO ORDERED**, this 2nd day of April, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

Order prepared by:
Cameron C. Kuhlman
Attorney for Defendant
DUFFY & FEEMSTER, LLC
340 Eisenhower Dr., Ste. 800
Savannah, Georgia 31406
(912) 236-6311 Telephone
(912) 236-6423 Facsimile
cck@duffyfeemster.com